UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MAG. JUDGE NO. 2:16-MJ-01062-1 |
| § | |
| WILFREDO ORENGO § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

Defendant Wilfredo Orengo waived his detention hearing without prejudice on August 25, 2016. On September 1, 2016, Defendant filed a motion for a detention hearing. (D.E. 14). The request for a detention hearing was GRANTED. On September 7, 2016, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant has a lengthy and serious criminal history and a history of substance abuse and mental health problems. Further, the undersigned finds the defendant's personal circumstances involving his residence and living arrangements are sufficiently unstable to warrant denying his pretrial release at this time. Further, the defendant has not presented a suitable person willing to serve as a third party custodian or co-surety. However, should Defendant present a suitable release plan to United States Probation, counsel for

defendant may move to re-open the detention hearing. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 7th day of September, 2016.

_____
Jason B. Libby
United States Magistrate Judge